**Order entered August 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01684-CV

### GLYNNWOOD BOWMAN, INDIVIDUALLY, ET AL., Appellants

### V.

### THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR RAMP 2006RS4, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-01134

## ORDER

We **GRANT** the July 30, 2014 motion of Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court of Dallas County, Texas, seeking permission to file a corrected version of volume two of the reporter's record. We **STRIKE** volume two of the reporter's record that was filed on July 2, 2014. The corrected volume two of the reporter's record filed on July 30, 2014 is properly before the Court.

/s/    ADA BROWN
        JUSTICE